1. That the merchandise involved herein is not included in the final list of articles to be valued in accordance with section 402a of the Tariff Act of 1930, as amended by the Customs Simplification Act of 1956, and hence is to be valued under section 402, as amended.

2. That the record is insufficient to establish a dutiable value for this merchandise in accordance with the provisions of section 402 of the Tariff Act of 1930, as amended by the Customs Simplification Act of 1956.

3. That plaintiff has not borne its burden of proof as to values for this merchandise, other than those found by the appraiser. Therefore, by operation of law, 28 U.S.C., section 2633, the values of the respective items of merchandise are the appraised values.

Judgment will be entered accordingly.

REHEARING MOTION GRANTED

AUGUST 29, 1962

**Reap. Dec. 10324.**—Thornley & Pitt v. United States, Entered at San Francisco, Calif. (Not published.) Motion by plaintiff.

(Reap. Dec. 10325)

T. M. DUCHE & SONS, INC., ET AL. v. UNITED STATES

Entry No. 716738, etc.

(Decided September 4, 1962)

*Barnes, Richardson & Colburn* (*Hadley S. King, Norman C. Schwartz*, and *Paul J. Gavin* of counsel) for the plaintiffs.

*Joseph D. Guilfoyle*, Acting Assistant Attorney General (*Samuel D. Spector*, trial attorney), for the defendant.

OLIVER, Chief Judge: The five appeals enumerated in the attached schedule are for reappraisement of the values of certain agar agar, imported into the United States during the years 1958 and 1959. Among the issues raised by the said appeals is the question of whether the Kingdom of Morocco or the United Kingdom of Great Britain